UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA A. SNIAROWSKI, | ) | CASE NO. 1:14 CV 2841 |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | ORDER ADOPTING MAGISTRATE'S REPORT AND |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | RECOMMENDATION |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. (ECF #19). The Report and Recommendation issued on December 30, 2015, which recommends that this Court affirm the decision of the Administrative Law Judge "("ALJ") and dismiss the Plaintiff's Complaint, is hereby ADOPTED by this Court, without objection.

Plaintiff sought review of the Commissioner's decision denying her application for Disability Insurance Benefits ("DIB"), arguing that the Administrative Law Judge ("ALJ") erred because her decision was not supported by substantial evidence. Magistrate Limbert found that the ALJ's decision was supported by substantial evidence, that the ALJ applied the proper legal standards.

Therefore, he recommends that this Court affirm the ALJ's decision and dismiss the instant case with prejudice.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and found that Magistrate's Limbert was thorough and correct in his application of the law and assessment of the relevant facts. The Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirely. The decision of the ALJ denying Plaintiff's request for DIB is affirmed, and Plaintiff's Complaint is dismissed with prejudice. IT IS SO ORDERED.

DATED: March 18, 2016

_____
DONALD C. NUGENT
United States District Judge